IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41229
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

QUINCY J. COOK,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:98-CR-7-ALL
- - - - - - - - - -

May 28, 1999

Before EMILIO M. GARZA, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Quincy J. Cook appeals his conviction for being a felon in possession of a firearm. Cook argues only that the evidence was insufficient to prove that the firearm, which had not been recovered, had traveled in interstate commerce.

We have reviewed the record and the briefs of the parties and hold that the evidence was sufficient for a reasonable jury to find that the firearm had traveled in interstate commerce. United States v. Gresham, 118 F.3d 258, 265 (5th Cir. 1997),

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

cert. denied, 118 S. Ct. 702 (1998); United States v. Pierson, 139 F.3d 501, 503 (5th Cir.), cert. denied, 119 S. Ct. 220 (1998).

AFFIRMED.